OPINION — AG — QUESTION: "IS THE OKLAHOMA PLANNING AND RESOURCES BOARD WITHIN ITS CONSTITUTIONAL RIGHTS TO ALLOW THE CLAIM BY THOMAS BROTHERS LUMBER COMPANY, WILBURTON, OKLAHOMA, FOR MATERIALS DELIVERED DURING THE PERIOD OF 1960-61; ALSO, IF WE ARE WITHIN OUR CONSTITUTIONAL RIGHTS, DO WE HAVE THE AUTHORITY TO REQUEST THE BUDGET OFFICE AND THAT STATE BOARD OF PUBLIC AFFAIRS TO ALLOW THE SAID CLAIM?" — (SENATE JOINT RESOLUTION NO. 34) — NEGATIVE CITE: ARTICLE X, SECTION 23 (HARVEY CODY)